**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

IN RE: LARRY KLAYMAN                                  Case No. 3:25-mc-20-JRK

_____

**O R D E R**

This cause is before the Court on Mr. Klayman's Motion for Reconsideration and/or to Alter or Amend a Judgment (Doc. No. 6; "Motion"), filed March 13, 2026. Mr. Klayman seeks "reconsideration and vacatur" of the Court's February 13, 2026 Order (Doc. No. 4) imposing reciprocal discipline and suspending him from the bar of this Court. Motion at 1. He relies on Rules 59(e) and 60(b) of the Federal Rules of Civil Procedure. Id. at 1, 5.

Rule 59(e) affords the Court discretion to reconsider an order. See Mincey v. Head, 206 F.3d 1106, 1137 (11th Cir. 2000); O'Neal v. Kennamer, 958 F.2d 1044, 1047 (11th Cir. 1992). To prevail on a motion filed under Rule 59(e), the movant must ordinarily show that there is "'newly-discovered evidence or manifest errors of law or fact.'" Jacobs v. Tempur-Pedic Int'l, Inc., 626 F.3d 1327, 1344 (11th Cir. 2010) (quoting Arthur v. King, 500 F.3d 1335, 1343 (11th Cir. 2007) (per curiam)). The purpose of Rule 59 is not to ask the Court to "reexamine an unfavorable ruling" in the absence of a manifest error of law or fact. Jacobs, 626 F.3d at 1344. As such, Rule 59(e) cannot be used "to relitigate

old matters, raise argument or present evidence that could have been raised prior to the entry of judgment." Michael Linet, Inc. v. Village of Wellington, Fla., 408 F.3d 757, 763 (11th Cir. 2005). Indeed, permitting a party to raise new arguments on a motion for reconsideration "essentially affords a litigant 'two bites at the apple.'" Am. Home Assurance Co. v. Glenn Estess & Assocs., Inc., 763 F.2d 1237, 1239 (11th Cir. 1985) (citations omitted). Further, Rule 60(b) allows a movant to seek relief from a judgment[1] for specific reasons, including "mistake, inadvertence, surprise, or excusable neglect," "newly discovered evidence," "fraud," or "any other reason that justifies relief." Fed. R. Civ. P. 60(b)(1)-(3), (6).

The Court having considered the Motion, the law, and all relevant matters, Mr. Klayman's Motion for Reconsideration and/or to Alter or Amend a Judgment (Doc. No. 6) is **DENIED**. The file shall remain closed.

**DONE AND ORDERED** in Jacksonville, Florida on April 7, 2026.

_James R. Klindt_
JAMES R. KLINDT
United States Magistrate Judge

kaw
Copies to:
Larry Klayman, Esquire
Hon. Marcia Morales Howard, Chief U.S. District Judge
Clerk of Court

---

[1] This is a miscellaneous disciplinary proceeding. Mr. Klayman seeks to apply Rule 60(b) to the Court's order imposing reciprocal discipline (Doc. No. 4).

- 2 -